UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SAMBO JAMES YIM,

Petitioner,

v.

FERETI SEMAIA et al,

Respondent.

Case No. 5:26-cv-02972-RGK-MAR

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

(as modified)

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered **GRANTING** the Petition and ordering Respondents to immediately release Petitioner **Sambo James Yim (A-Number 025-110-060)** from custody on his prior conditions; ~~enjoining Respondents from re-detaining Petitioner absent a material change in circumstances and full compliance with 8 C.F.R. §§ 241.4(l)(1), 241.13(i)(1), and due process~~; and ordering Respondents to file a notice of compliance within ~~twenty-four hours~~ 3 days.

Dated: July 14, 2026

HONORABLE R. GARY KLAUSNER
United States District Judge