JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SAMBO JAMES YIM,

Petitioner,

v.

FERETI SEMAIA et al,

Respondent.

Case No. 5:26-cv-02972-RGK-MAR

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondents are **ORDERED** to immediately release Petitioner **Sambo James Yim (A-Number 025-110-060)** from custody ~~and are **ENJOINED** from re-detaining Petitioner absent a material change in circumstances and full compliance with 8 C.F.R. §§ 241.4(l)(1), 241.13(i)(1), and due process.~~ Respondents are **ORDERED** to file a Notice of Compliance within ~~twenty-four hours~~ 3 days.

Dated: July 14, 2026

Gary Klausner

HONORABLE R. GARY KLAUSNER
United States District Judge